# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| S. JOHN MASTRANGELO,<br>　　Plaintiff(s),<br>v.<br>GOODLEAP, LLC, et al.,<br>　　Defendant(s). | Case No. 2:21-cv-01539-GMN-NJK<br>**Order**<br>[Docket No. 13-14] |

Pending before the Court are joint motions to extend by a month the deadline for Defendants Equifax and Trans Union to respond to the complaint. Docket Nos. 13-14.[1] The joint motions are premised on the need for additional time to review materials in order to respond to the complaint and, in the case of Trans Union, the existence of settlement discussions. No explanation has been provided as to why a full month is needed to respond to the complaint based on those circumstances. Moreover, as these defendants waived service, they have already enjoyed ample time to review materials and consider settlement. *See* Docket Nos. 6-7. In short, sufficient justification has not been presented for the extensions requested.

Accordingly, the joint motions to extend are both **GRANTED** in part and **DENIED** in part. The deadline to respond to the complaint will be extended to October 26, 2021. **The Court is not inclined to grant any further extensions.**

IT IS SO ORDERED.

Dated: October 19, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Defendants Goodleap and Experian have answered the complaint. Docket Nos. 8, 10.

1