```
TIMOTHY J. LEPORE (SBN 13908)
ROPERS MAJESKI PC
3753 Howard Hughes Pkwy, Suite 200
Las Vegas, NV  89169
Telephone:     702.954.8300
Facsimile:     213.312.2001
Email:         timothy.lepore@ropers.com
```

Attorneys for Defendant GoodLeap, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| S. JOHN MASTRANGELO, an individual.<br><br>Plaintiff,<br><br>v.<br><br>GOODLEAP, LLC, a foreign limited-liability company; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company,<br><br>Defendants. | Case No. 2:21-cv-01539-GMN-NJK<br><br>**JOINT STIPULATION FOR EXTENSION OF SCHEDULING ORDER DEADLINES**<br><br>**FIRST REQUEST**<br><br>Complaint Filed: August 19, 2021 |

Plaintiff S. John Mastrangelo and Defendants GoodLeap, LLC, Equifax Information Services, LLC, Experian Information Solutions, Inc., and Trans Union LLC, by and through their counsel of record, hereby submit this Joint Stipulation for Extension of Scheduling Order Deadlines to extend the remaining deadlines within the Scheduling Order entered on October 20, 2021, by 60-days. (ECF No. 18.)

The parties require additional time for discovery to facilitate the resolution of this action through negotiated settlements before incurring the additional costs to retain experts and prepare expert reports compliant with Federal Rule of Civil Procedure 26(a)(2). Plaintiff has had meaningful settlement negotiations with each defendant and believes the matter will be resolved within 60-days if the remaining deadlines are extended to avoid expending resources that the

1  parties may earmark for settlement. As such, good cause exists for the requested extension.

**I.  DISCOVER THAT HAS BEEN COMPLETED**

The parties have completed the following discovery:

On October 21, 2021, Plaintiff served his Initial Disclosures under Rule 26(a)(1).

On November 4, 2021, GoodLeap made its Initial Disclosures under Rule 26(a)(1).

On December 3, 2021, Plaintiff served his First Set of Interrogatories, Requests for Production of Documents, and Requests for Admissions on GoodLeap, Equifax, Experian, and Trans Union.

On December 7, 2021, Equifax served its First Set of Interrogatories, Requests for Production of Documents, and Requests for Admissions on Plaintiff.

On December 8, 2021, Experian served its Initial Disclosures under Rule 26(a)(1).

**II.  DISCOVERY THAT REMAINS TO BE COMPLETED**

The following discovery by the parties remains to be completed:

Plaintiff and Defendants will disclose expert witnesses and will produce expert reports and possibly rebuttal reports to any expert report produced by other parties.

Plaintiff and Defendants will serve written discovery and follow-up written discovery, including Interrogatories, Requests for Production and Requests for Admissions.

Plaintiff and Defendants will take the depositions of Rule 30(b)(6) witnesses, percipient witnesses, and expert witnesses.

The parties will respond to the outstanding written discovery requests.

**III.  REASONS WHY REMAINING DISCOVERY WAS NOT COMPLETED**

The discovery that remains to be complete has not been and cannot be completed within the time limits set by the current discovery plan. The parties' expert reports are currently due on January 13, 2022. The parties have made substantial progress with regard to settlement negotiations. However, the parties will not be able to settle the case before expert reports are due. The parties do not want to expend resources on expert costs and need to focus their efforts and resources on settlement.

### IV. PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY

The parties hereby stipulate to the following schedule for completing all remaining discovery:

**Fed. R. Civ. P. 26(a)(2) Disclosure (Experts)**.

Disclosures identifying experts and final expert reports shall be made by **March 14, 2022**. This is 60 days before the discovery cut-off date. Rebuttal expert disclosures shall be made by **April 13, 2022,** which is 30 days after the initial disclosure of experts.

**Discovery Cut-Off Date**.

The amended discovery cut-off date is **May 13, 2022.**

**Dispositive Motions**.

The parties shall have until **June 13, 2022** to file dispositive motions, which is 30 days after the close of discovery.

**Pretrial Order**.

The Joint Pretrial Order shall be filed no later than **July 13, 2022**, which is thirty (30) days after the date set for the filing of dispositive motions. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decision on the dispositive motions or by further order of the Court.

Dated: January 11, 2022

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: January 11, 2022

**ROPERS MAJESKI PC**

*/s/ Timothy J. Lepore*
Timothy J. Lepore, Esq.
Nevada Bar No. 13908
3753 Howard Hughes Pkwy, Suite 200
Las Vegas, NV 89169
timothy.lepore@ropers.com
*Attorney for Defendant Goodleap, LLC*

IT IS SO ORDERED.
Dated: January 12, 2022

.
.
_____
United States Magistrate Judge

| | | |
|---|---|---|
| 1 | Dated: January 11, 2022 | Dated: January 11, 2022 |
| 2 | **QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.** | **CLARK HILL PLLC** |
| 4 | */s/ Jennifer Bergh*<br>Jennifer Bergh, Esq.<br>Nevada Bar No. 14480 | */s/ Gia Marina*<br>Gia Marina, Esq.<br>Nevada Bar No. 15276 |
| 5 | 2001 Bryan Street, Suite 1800<br>Dallas, TX 75201 | 3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169 |
| 6 | jbergh@qslwm.com | gmarina@clarkhill.com |
| 7 | *Attorney for Defendant Trans Union LLC* | *Attorney for Defendant Equifax Information Services, LLC* |

Dated: January 11, 2022

**NAYLOR & BRASTER**

*/s/ Jennifer L. Braster*
Jennifer L. Braster, Esq.
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
jbraster@nblawnv.com

*/s/ Katherine A. Neben*
Katherine A. Neben, Esq.
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, CA 92612
kneben@jonesday.com
*Attorney for Defendant Experian Information Solutions, Inc.*

4869-1782-2217.4