Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| S. JOHN MASTRANGELO, an individual;<br><br>Plaintiff;<br><br>v.<br><br>GOODLEAP, LLC, a foreign limited-liability company; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:21-cv-01539-GMN-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT TRANS UNION LLC WITH PREJUDICE** |

Plaintiff, S. John Mastrangelo ("Plaintiff"), and Defendant, Trans Union LLC ("Trans Union") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

///

///

under FRCP 41(a) as to Trans Union, with Plaintiff and Trans Union bearing their own attorneys' fees and costs incurred in this action.

| | |
|---|---|
| Dated: February 7, 2022 | Dated: February 7, 2022 |
| **LAW OFFICE OF**<br>**KEVIN L. HERNANDEZ** | **QUILLING SELANDER LOWNDS**<br>**WINSLETT & MOSER, P.C.** |
| */s/ Kevin L. Hernandez*<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8920 W. Tropicana Avenue, Suite 101<br>Las Vegas, Nevada 89147<br>kevin@kevinhernandezlaw.com<br>***Attorney for Plaintiff*** | */s/ Jennifer Bergh*<br>Jennifer Bergh, Esq.<br>Nevada Bar No. 14480<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201<br>jbergh@qslwm.com<br>***Attorney for Trans Union LLC*** |

Dated: February 7, 2022

**ROPERS MAJESKI PC**

*/s/ Timothy J. Lepore*
Timothy J. Lepore, Esq.
Nevada Bar No. 13908
3753 Howard Hughes Pkwy, Suite 200
Las Vegas, NV 89169
timothy.lepore@ropers.com
***Attorney for Defendant Goodleap, LLC***

**IT IS SO ORDERED.**

Dated this  14  day of February, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Dated: February 7, 2022

**CLARK HILL PLLC**
*/s/ Gia N. Marina*
Gia N. Marina, Esq.
Nevada Bar No. 15276
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
gmarina@clarkhill.com
***Attorney for Defendant Equifax***
***Information Services, LLC***